UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 16-33645-H1-11 |
| ATINUM MEDCON I, LLC | § | |
| | § | |
| DEBTOR(S) | § | |

UNITED STATES TRUSTEE'S REPORT OF
INABILITY TO APPOINT A CREDITORS' COMMITTEE

TO THE HONORABLE JUDGE MARVIN ISGUR:

COMES NOW the United States Trustee for the Southern District of Texas, by and through the undersigned, and respectfully reports as follows:

1. The United States Trustee is responsible for appointing a committee of creditors holding unsecured claims pursuant to 11 U.S.C. §1102(a)(1).

2. The United States Trustee has not solicited committee of unsecured creditors as contemplated by 11 U.S.C. §1102 as there are not three (3) eligible unsecured creditors.

Dated:  July 27, 2016

                                    JUDY A. ROBBINS
                                    UNITED STATES TRUSTEE

                        By:    /s/ Christine A. March
                                    Christine A. March,
                                    Attorney for the United States Trustee
                                    State Bar No. 12968020
                                    Federal Bar #13087
                                    515 Rusk, Ste. 3516
                                    Houston, TX 77002
                                    (713) 718-4650
                                    (713) 718-4680 FAX

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing <u>Statement of the United States Trustee As To Why No Committee of Unsecured Creditors Has Been Appointed</u> was served upon the parties on the attached list via ECF transmission or by, United States regular mail, first class, postage paid, to those persons listed below at the addresses listed below, on the 28th day of July, 2016.

      /s/ Christine A. March
      Christine A. March,
      Attorney for the United States Trustee
      515 Rusk, Ste. 3516
      Houston, TX 77002
      (713) 718-4650
      (713) 718-4680 FAX

Debtor:

Atinum MidCon I, LLC
333 Clay St., Ste 700
Houston, TX   77002

Debtor's Counsel:

Timothy A. Davidson, II
Andrews Kurth LLP
600 Travis, Ste. 4200
Houston, TX   77002