**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| ATINUM MIDCON I, LLC, | § | Case No. 16-33645 (MI) |
| | § | |
| Debtor. | § | |

**STATEMENT OF FINANCIAL AFFAIRS FOR**

**Atinum MidCon I, LLC**

**Case No. 16-33645 (MI)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| ATINUM MIDCON I, LLC, | § | Case No. 16-33645 (MI) |
| | § | |
| Debtor. | § | |

**GLOBAL NOTES REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND**
**LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

The Schedules of Assets and Liabilities (the "Schedules") and the Statement of Financial Affairs (the "Statement," and collectively with the Schedules, the "Schedules and Statement") filed by Atinum MidCon I, LLC ("Atinum" or the "Debtor") in the United States Bankruptcy Court for the Southern District of Texas, were prepared pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure by the management and counsel of the Debtor and are unaudited. While the Debtor's management has made every reasonable effort to ensure that the Schedules and Statement are accurate and complete, based upon information that was available to them at the time of preparation, the subsequent receipt of information may result in material changes to the financial data and other information contained therein. The Debtor reserves the right to amend the Schedules and Statement from time to time as may be necessary or appropriate. These Global Notes Regarding Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statement, and should be referred to and reviewed in connection with any review of the Schedules and Statement.

**The Schedules and Statement and Global Notes should not be relied upon by any person for information relating to current or future financial conditions, events or performance of the Debtor. Due to potential unliquidated, contingent and/or disputed claims, summary statistics in the Schedules, Statement and Global Notes may understate the Debtor's liabilities.**

1.      Reservation of Rights. The Schedules and Statement are unaudited and do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"). Although current management has made reasonable efforts to insure that the Schedules and Statement are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and Statement; indeed, inadvertent errors, omissions or inaccuracies may exist. Moreover, because the Schedules and Statement contain unaudited information, there can be no assurance that the Schedules and Statement are wholly accurate and complete. The Debtor reserves the right to amend and/or supplement the Schedules and Statement from time to time as it deems necessary and appropriate.

2.    <u>Description of the Case and "as of" Information Date</u>.  On July 22, 2016 (the "Petition Date"), the Debtor filed a voluntary petition for relief pursuant to chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") commencing this Chapter 11 Case.  A description of the Debtor's assets, activities, and operations as well as the events precipitating and the purpose of the Debtor's bankruptcy proceeding is set forth in the *Debtor's Motion Pursuant To 11 U.S.C. §§ 105, 363, And 365 And Bankruptcy Rules 2002, 6004, And 6006 To Authorize And Approve The (I) Bidding Procedures, (II) Procedures For Determining Cure Amounts For Executory Contracts And Unexpired Leases, (III) Notices Relating To The Sale Of The Debtor's Assets And The Assumption And Assignment Of Executory Contracts, (IV) Approval Of The Proposed Sale Of Assets And Scheduling Of A Hearing On Approval Of The Proposed Sale Of Assets, And (V) Granting Related Relief* (the "Sale Motion"), located at ECF No. 4, pp. 2-13 (the "Background Section").

The Debtor continues to operate its business as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.  To date, the U.S. Trustee has not appointed an official committee of unsecured creditors and, on July 28, 2016, the U. S. Trustee filed a Report of Inability to Appoint a Creditors' Committee (ECF No. 19).  No request has been made for the appointment of a trustee or an examiner.

Unless otherwise stated, asset and liability information is as of the Petition Date.  Additionally, the Debtor has made efforts to allocate liabilities between the prepetition and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statement.  As additional information becomes available to and further research is conducted by the Debtor, the Debtor's allocation of liabilities between prepetition and post-petition periods may change.

3.    <u>Summary of Significant Reporting Policies</u>.  The following conventions were adopted by the Debtor in the preparation of the Schedules and Statement:

a.  <u>Book Value</u>. Unless otherwise noted, each asset and liability of the Debtor is shown on the basis of the book value of the asset or liability in accordance with the Debtor's accounting and/or tax books and records as of the Petition Date. Unless otherwise noted, the Schedules reflects the carrying value of the assets and liabilities as listed in the Debtor's books, and are not based upon any estimate of their current market values.

b.  <u>Cash</u>.  Cash balances in the Debtor's bank account set forth in Schedule A/B of the Schedules are based on the ledger balance as of the Petition Date.

c.  <u>Currency</u>.  All amounts are reflected in U.S. Dollars.

d.  <u>Goodwill</u>.  As of the Petition Date, the Debtor did not have any goodwill.

e.  <u>Deferred Finance Costs</u>.  The Debtor capitalizes financing costs associated with the acquisition of debt.  The financing costs are amortized over the finite life of the underlying debt instrument.

f.  Litigation.  The Debtor has listed in Schedule E/F all known claimants related to any pending or threatened litigation action as contingent, disputed and unliquidated with unknown amounts. Although claim amounts were not estimated, allowed claims, if any, for these claimants could potentially be substantial.  Any information contained in Schedule E/F with respect to potential litigation shall not be a binding representation of the Debtor's liabilities with respect to any of the potential suits and proceedings included therein.

g.  Secured Claims.  Except as otherwise agreed pursuant to a stipulation or agreed order or order entered by the Bankruptcy Court, the Debtor reserve its rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed in any of the Schedules or Statement.  Moreover, although the Debtor may have scheduled claims of various creditors as secured claims, except as otherwise agreed pursuant to a stipulation or agreed order or order entered by the Bankruptcy Court, the Debtor reserves all rights to dispute or challenge the secured nature of any creditor's claim (including claims of other creditors listed on Schedule E but purporting to have secured claims) or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. Furthermore, any deficiency claim of the Prepetition First Lien Lenders was not listed on Schedule E/F and such omission is not an admission by the Debtor as to the sufficiency of collateral related to any secured claim listed on Schedule D.  The descriptions provided in Schedule D and (in the case of the Prepetition Second Lien Lenders) Schedule E are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in the Global Notes or the Schedules and Statement shall be deemed a modification or interpretation of the terms of such agreements.

h.  Executory Contracts.    While every effort has been made to ensure the completeness and accuracy of the listing of executory contracts, inadvertent errors or omissions may have occurred. The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in Schedule G (including the contracts, agreements, or leases incorporated therein by reference) and to amend or supplement such Schedule as necessary. The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppels certificates, letter and other documents, instruments and agreements which may not be listed therein. Certain of the executory agreements may not have been memorialized and could be subject to dispute.  The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. Similarly, the absence of a contract or agreement on Schedule G does not constitute an admission that any other contract or agreement to which a Debtor is a party is not executory.  The Debtor reserve all of its rights, claims and causes of action with respect to the contracts and agreements listed on

3

the Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument.

4.      <u>Disputed, Contingent and/or Unliquidated Claims</u>.  Schedules D and E/F permit the Debtor to designate a claim as disputed, contingent, unliquidated and/or subject to setoff. A failure to designate a claim on any of the Schedules as disputed, contingent, unliquidated and/or subject to setoff does not constitute an admission that such claim is not subject to objection by the Debtor.  The Debtor reserves the right to dispute, or assert offsets or defenses to, any claim reflected on the Schedules as to amount, liability or status.

5.      <u>Schedule A/B Part 9-55</u>.  The Debtor has scheduled its ownership interest in various oil and gas leases and wells in Schedule A/B Part 9-55.  At this time, the Debtor is unable to assign specific value to individual leases and wells.  Accordingly, the aggregate value listed covers all oil and gas assets owned by the Debtor.

6.      <u>Global Notes Control</u>. In the event that the Schedules and Statement differ from the foregoing Global Notes, the Global Notes shall control.

4

**Fill in this information to identify the case:**

Debtor name  **Atinum Midcon I, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known)  **16-33645**

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $28,962,730.00 |
   | **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | $112,025,995.00 |
   | **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | $213,453,296.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor  **Atinum Midcon I, LLC**                                    Case number *(if known)*  **16-33645**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Alvarez & Marsal North America**<br>**700 Louisiana Street, Suite 900**<br>**Houston, TX 77002** | **04/28/2016 -**<br>**$100,000.00**<br>**05/09/2016 -**<br>**$25,470.00** | **$125,470.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. **Andrews Kurth LLP**<br>**600 Travis, Suite 4200**<br>**Houston, TX 77002** | **04/28/2016 -**<br>**$750,000**<br>**06/17/2016 -**<br>**$26,718.97**<br>**07/15/2016 -**<br>**$80,323.61**<br>**07/20/2016 -**<br>**$150,143.00** | **$1,007,185.58** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Legal services and**<br>**$750,000.00 retainer (the**<br>**current balance on the retainer**<br>**is $706,301.37).** |
| 3.3. **Atinum Energy Investments**<br>**333 Clay Street, Suite 700**<br>**Houston, TX 77002** | **04/25/2016 -**<br>**$647,500** | **$647,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. **Bloomberg Finance LP**<br>**731 Lexington Ave.**<br>**New York, NY 10022** | **05/31/2016 -**<br>**$5,887.53** | **$5,887.53** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Cawley Gillespie & Associates**<br>**306 West 7th Street**<br>**Fort Worth, TX 76102** | **04/28/2016 -**<br>**$22,640.00**<br>**06/10/2016 -**<br>**$67.045.00**<br>**06/22/2016 -**<br>**$25,000.00**<br>**07/20/2016 -**<br>**-$7,500.00** | **$122,185.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. **Chapparal Energy, LLC**<br>**P.O. Box 671550**<br>**Dallas, TX 75267** | **05/04/2016 -**<br>**$4,206.31**<br>**06/02/2016 -**<br>**$4,187.65** | **$8,393.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7. **Chesapeake Operating Inc.**<br>**P.O. Box 960161**<br>**Oklahoma City, OK 73196** | **04/28/2016  -**<br>**$97,139.41**<br>**05/10/2016 -**<br>**$97,139.41**<br>**05/31/2016 -**<br>**$5252.21**<br>**07/19/2016 -**<br>**$24,574.51** | **$224,105.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Debtor | **Atinum Midcon I, LLC** | | Case number *(if known)* | **16-33645** |
|--------|--------------------------|---|--------------------------|--------------|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|------------------------------|-------|-----------------------|------------------------------------------------------------|
| 3.8. **Comanche Exploration Co LLC**<br>6520 N Western Ste 300<br>Oklahoma City, OK 73116 | 06/28/2016 -<br>$70.89 | $70.89 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.9. **Conway MacKenzie**<br>1301 McKinney<br>Suite 2025<br>Houston, TX 77010 | 06/10/2016 -<br>$82,534.00<br>06/17/2016 -<br>$50,000.00<br>06/30/2016 -<br>$106,150.37<br>07/15/2016 -<br>$70,772.36<br>07/22/2016 -<br>$66,018.24 | $375,474.97 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Prepetition first lien<br>lender's financial advisor.** |
| 3.10. **D&J Oil Company, Inc.**<br>4720 W. Garriott<br>Enid, OK 73703 | 04/28/2016 -<br>$98.09<br>05/24/2016 -<br>$96.58<br>06/20/2016 -<br>$103.61 | $298.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11. **Eagle Exploration production**<br>6100 S Yale Ave<br>Tulsa, OK 74136 | 04/28/2016 -<br>$5,266.45<br>05/24/2016 -<br>$5607.61<br>06/17/2016 -<br>$5232.06 | $16,106.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.12. **Enervest Operating LLC**<br>P.O. Box 4346<br>Houston, TX 77210 | 05/04/2016 -<br>$233.66<br>06/08/2016 -<br>$296.47 | $530.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13. **Ernst & Young LLP**<br>200 Plaza Drive<br>Oklahoma City, OK 73118 | 07/22/2016 -<br>$79,883.00 | $79,883.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14. **Haynes & Boone LLP**<br>P.O. Box 841399<br>Dallas, TX 75284 | 04/28/2016 -<br>$23,525.13 | $23,525.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Atinum Midcon I, LLC**                                    Case number *(if known)*  **16-33645**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.15. | **Mayer Brown LLP**<br>**71 South Wacker Drive**<br>**Chicago, IL 60606** | **04/28/2016 -**<br>**$44,669.56**<br>**07/19/2016 -**<br>**$900.00** | **$45,569.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.16. | **Midstates Petroleum Co. LLC**<br>**321 S. Boston**<br>**Tulsa, OK 74103** | **05/24/2016 -**<br>**$1,609.89** | **$1,609.89** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.17. | **Petroquest Energy LLC**<br>**400 East Saloom Rd, Suite 6000**<br>**Lafayette, LA 70508** | **04/28/2016 -**<br>**$53.48**<br>**05/24/2016 -**<br>**$4.53**<br>**06/20/2016 -**<br>**$32.76** | **$90.77** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.18. | **Range Resources Corporation**<br>**100 Throckmorton Street**<br>**Fort Worth, TX 76102** | **05/24/2016 -**<br>**$3,528.44**<br>**06/08/2016 -**<br>**$2,236.21** | **$5,764.65** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.19. | **Red Fork USA Investments Inc.**<br>**1437 S. Boulder Ave, Suite 70**<br>**Tulsa, OK 74119** | **04/28/2016 -**<br>**$2,659.55**<br>**05/24/2016 -**<br>**$2,483.62**<br>**06/28/2016 -**<br>**$1864.86** | **$7,008.03** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.20. | **Red Dog Systems, Inc.**<br>**639 5th Ave.**<br>**SW Calgary ATB T2P 0M9** | **04/28/2016 -**<br>**$7,336.00**<br>**05/24/2016 -**<br>**$2827.00**<br>**06/20/2016 -**<br>**$2831.00** | **$12,994.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. | **SK Plymouth LLC**<br>**6100 S. Yale Ave, Ste 500**<br>**Tulsa, OK 74136** | **05/31/2016 -**<br>**$15,301.49**<br>**07/19/2016 -**<br>**$10,067.96**<br>**07/21/2016 -**<br>**$6,828.83** | **$32,198.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.22. | **Special Energy Corp.**<br>**P.O. Box 369**<br>**Stillwater, OK 74076** | **04/28/2016 -**<br>**$550.16**<br>**05/24/2016 -**<br>**$543.81**<br>**06/28/2016 -**<br>**$273.39** | **$1,367.36** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor   **Atinum Midcon I, LLC**                                        Case number *(if known)*  **16-33645**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.23. | **Triad Energy Inc.**<br>**6 NE 63rd St, Suite 220**<br>**Oklahoma City, OK 73105** | **05/06/2016 -**<br>**$30.53**<br>**06/08/2016 -**<br>**$151.06** | **$181.59** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.24. | **Vinson & Elkins LLP**<br>**1001 Fannin St, Suite 2500**<br>**Houston, TX 77002** | **04/28/2016 -**<br>**$495.00**<br>**06/20/2016 -**<br>**$990.00** | **$1,485.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.25. | **Wells Fargo**<br>**P.O Box 200056**<br>**Dallas, TX 75320** | **04/29/2016 -**<br>**$852,122.22**<br>**05/11/2016 -**<br>**$520.48**<br>**05/31/2016 -**<br>**$500,000.00**<br>**06/13/2016 -**<br>**$387.88**<br>**07/11/2016 -**<br>**$431.39** | **$1,353,461.97** | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26. | **Crowe & Dunlevy**<br>**324 N. Robinson Avenue**<br>**Suite 100**<br>**Oklahoma City, OK 73102** | **05/19/2016 -**<br>**$50,000.00** | **$50,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☒ Other **Retainer for legal services.** |
| 3.27. | **Wicklund Petroleum Corp.**<br>**PO Box 110429**<br>**Naples, FL 34108** | **05/24/2016 -**<br>**$36.39** | **$36.39** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.28. | **Dynasty Holdings LLC**<br>**C/O 4547 S. 700 Street**<br>**Suite 203**<br>**Salt Lake City, UT 84107** | **05/24/2016 -**<br>**$708.17**<br>**06/20/2016 -**<br>**$157.25** | **$865.82** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.29. | **Dakota Exploration LLC**<br>**8801 S. Yale Avenue**<br>**Suite 120**<br>**Tulsa, OK 74137** | **06/08/2016 -**<br>**$8,306.52** | **$8,306.52** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |

Debtor   **Atinum Midcon I, LLC**                                    Case number *(if known)*  **16-33645**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.30. | **Winstead PC**<br>2728 N. Harwood St.<br>Dallas, TX 75201 | 06/10/2016 -<br>$156,724.00<br>06/30/2016 -<br>$51,236.07<br>07/15/2016 -<br>$22,821.40<br>07/22/2016 -<br>$21,987.00 | $252,768.47 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Prepetition first lien lender's counsel.** |
| 3.31. | **The Claro Group LLC**<br>321 North Clark St.<br>Suite 1200<br>Chicago, IL 60654 | 06/16/2016 -<br>$250,000.00<br>07/15/2016 -<br>$29,112.50<br>07/21/2016 -<br>$22,249.00 | $301,361.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other  **Retainer and payments to Debtor's proposed chief restructuring officer and financial advisor (remaining balance on retainer is $229,230.50).** |
| 3.32. | **444 Land Services Inc.**<br>14000 Hawk Circle<br>Piedmont, OK 73078 | 06/17/2016 -<br>$1,975.10 | $1,975.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.33. | **McGriff, Seibels and Williams**<br>818 Town & Country Blvd.<br>Suite 500<br>Houston, TX 77024 | 06/24/2016 -<br>$21,433.94<br>07/21/2016 -<br>$10,716.97 | $32,159.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.34. | **PLS, Inc.**<br>P.O. Box 4987<br>Houston, TX 77210 | 06/30/2016 -<br>$24,000.00<br>07/21/2016 -<br>$6,900.00 | $30,900.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.35. | **Husch Blackwell LLP**<br>4801 Main St.<br>Suite 1000<br>Kansas City, MO 64112 | 07/12/2016 -<br>$8,002.10 | $8,002.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.36. | **BDO USA LLP**<br>770 Kenmoor SE<br>Suite 300<br>Grand Rapids, MI 49546 | 07/12/2016 -<br>$950.00<br>07/22/2016 -<br>$4500.00 | $5,450.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  **Atinum Midcon I, LLC**

Case number *(if known)*  **16-33645**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.37. | **Conner & Winters LLP**<br>**4000 One Williams Center**<br>**Tulsa, OK 74172** | **07/15/2016 -**<br>**$39,062.70**<br>**07/20/2016 -**<br>**$1908.60** | **$40,971.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.38. | **Willkie FarR & Gallagher**<br>**600 Travis St.**<br>**Suite 2310**<br>**Houston, TX 77002** | **07/15/2016 -**<br>**$8403.50** | **$8,403.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Prepetition second lien**<br>**lenders' counsel.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Atinum Energy Investment**<br>**333 Clay Street, Suite 700**<br>**Houston, TX 77002**<br>**Management Company and Affiliate** | **02/20/2016 -**<br>**$647,500** | **$647,500.00** | **Management Fee** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **SandRidge Exploration &**<br>**Production, LLC**<br>**Attn: General Counsel**<br>**123 Rober S. Kerr Avenue**<br>**Oklahoma City, OK 73102** | **SandRidge has been holding in suspense**<br>**and/or setting off revenue owed to the**<br>**Debtor because the Debtor based on the**<br>**Debtor's joint interest billing obligations to**<br>**SandRidge.**<br>Last 4 digits of account number: _____ | **Multiple dates**<br>**and this**<br>**action is**<br>**ongoing** | **$26,277,359.00** |

**Part 3:**  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | Atinum Midcon I, LLC | | Case number *(if known)* | 16-33645 |

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Wells Fargo Bank, National Association v. Atinum MidCon I, LLC**<br>5:16-cv-00512 | **Suit for breach of credit agreement, foreclosure on certain of Atinum MidCon I, LLC's oil and gas assets, and appointment of a receiver.** | **U.S.D.C. for the W.D. of Oklahoma**<br>**200 NW 4th Street**<br>**Oklahoma City, OK 73102** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **A.B. Still Wel-Service Inc. v. Atinum MidCon I, LLC, et al.**<br>CJ-2015-00008 | **Lawsuit asserting claims for trespass, conversion, and nuisance relating to oil and gas drilling.** | **Creek County Courthouse**<br>**222 E. Dewey Ave., Suite 201**<br>**Sapulpa, OK 74066** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Denis Leroy Carlson, Trustee v. SandRidge Exploration & Production, LLC, et al.**<br>CJ-2015-00024 | **Lawsuit relating to oil and gas lease(s) seeking an injunction, quiet title and lease cancellation, and an accounting, and asserting claims for trespass, unjust enrichment, and conversion.** | **Woods County Courthouse**<br>**507 Government Street, Suite 30**<br>**Alva, OK 73717** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **Pronto Chemical Sales & Service v. Red Fork (USA) Investments, Inc.**<br>CJ-2016-00021 | **Lawsuit for breach of contract and lien foreclosure.** | **Noble County Courthouse**<br>**300 Courthouse Drive, #14**<br>**Perry, OK 73077** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Pronto Chemical Sales & Service, LLC v. Red Fork (USA) Investments, Inc., et al.**<br>CJ-2016-18 | **Lawsuit for breach of contract and lien foreclosure.** | **Noble County Courthouse**<br>**300 Courthouse Drive, #14**<br>**Perry, OK 73077** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **The Application of: Dennis Bushman, et al., civil miscellaneous proceeding**<br>CV-2014-00035 | **Lawsuit alleging quiet title, lease cancellation, and slander of title.** | **Woods County (OK) District Court**<br>**407 Government Street Suite 30**<br>**Alva, OK 73717-0924** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **In re SandRidge Exploration & Production, LLC**<br>16-32491 | **chapter 11 bankruptcy proceeding** | **U.S. Bankruptcy Court for the S.D. Tex.**<br>**515 Rusk Street**<br>**Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor    **Atinum Midcon I, LLC**                                Case number *(if known)*    **16-33645**

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | **Multiple Payments (including $750,000 retainer, which has a current balance of $706,301.37 )** | |
| | **Andrews Kurth LLP<br>600 Travis, Suite 4200<br>Houston, TX 77002** | | | **$1,064,799.75** |
| | Email or website address<br>**www.andrewskurth.com** | | | |
| | Who made the payment, if not debtor? | | | |

Debtor   **Atinum Midcon I, LLC**                                      Case number *(if known)* **16-33645**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Alvarez & Marsal North America 700 Louisiana Street, Suite 900 Houston, TX 77002** | | **Multiple payments.** | **$81,495.50** |
| | **Email or website address www.alvarezandmarsal.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | **The Claro Group, LLC 1221 McKinney St Suite 2850 Houston, TX 77010** | | **multiple payments (including $250,000/00 retainer, with a current balance of $229,230.50 )** | **$301,361.50** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.4. | **Crowe & Dunlevy 324 N. Robinson Ave. Oklahoma City, OK 73102** | | **05/19/2016 (payment was a retainer, which has a current balance of $44,354)** | **$50,000.00** |
| | **Email or website address www.crowedunlevy.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

| Debtor | Atinum Midcon I, LLC | Case number *(if known)*  16-33645 |
|---|---|---|

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Industrial Bank of Korea 79, Ulchiro Chung gu, Seoul, Korea 100-758** | **XXXX-0014** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **7/19/2016** | **$1,433.18** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Atinum Midcon I, LLC**                                          Case number *(if known)*  **16-33645**

---

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:    Details About Environment Information**

---

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

      ■ No.
      ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

      ■ No.
      ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

      ■ No.
      ☐ Yes. Provide details below.

---

| Debtor | Atinum Midcon I, LLC | Case number *(if known)* | 16-33645 |

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Atinum Energy Investments, LLC<br>333 Clay Street<br>Suite 700<br>Houston, TX 77002 | ongoing pursuant to Management Services Agreement |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | Ernst & Young LLP<br>200 Plaza Drive<br>Oklahoma City, OK 73118 | audits of 2014 and 2015 financial statements |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | BDO USA, LLP<br>770 Kenmoor SE<br>Suite 300<br>Grand Rapids, MI 49546 | |
| 26c.2. | Atinum Energy Investments, LLC<br>333 Clay Street, Suite 700<br>Houston, TX 77002 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | Wells Fargo Bank, N.A.<br>1000 Louisiana Street<br>Houston, TX 77002 |

| Debtor | Atinum Midcon I, LLC | Case number *(if known)*  16-33645 |
|---|---|---|

| | Name and address |
|---|---|
| 26d.2. | **Wells Fargo Energy Capital, Inc.**<br>**1000 Louisiana Street**<br>**Floor 9**<br>**Houston, TX 77002** |
| 26d.3. | **CitiBank, N.A.**<br>**2800 Post Oak Blvd.**<br>**Houston, TX 77056** |
| 26d.4. | **Cadence Bank, N.A.**<br>**2229 San Felipe Street**<br>**Houston, TX 77019** |
| 26d.5. | **Associated Bank, N.A.**<br>**333 Clay Street**<br>**Suite 2823**<br>**Houston, TX 77002** |
| 26d.6. | **BOKF, NA dba Bank of Texas**<br>**Bank of Oklahoma Tower**<br>**P.O. Box 2300**<br>**Tulsa, OK 74192** |
| 26d.7. | **ING**<br>**1325 Avenue of Americas**<br>**6FL**<br>**New York, NY 10019** |
| 26d.8. | **AON Risk Services Southwest**<br>**5555 San Felipe St.**<br>**Suite 1500**<br>**Houston, TX 77056** |
| 26d.9. | **McGriff, Seibels & Williams, Inc.**<br>**818 Town and Country Blvd.**<br>**Suite 500**<br>**Houston, TX 77024** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Albert Lee | 333 Clay Street<br>Suite 700<br>Houston, TX 77002 | President and member of Board of Managers | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sung Cheul Park | 333 Clay Street<br>Suite 700<br>Houston, TX 77002 | Vice President | |

Debtor   **Atinum Midcon I, LLC**                                              Case number *(if known)*  **16-33645**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Young Sup Lee** | **333 Clay Street Suite 700 Houston, TX 77002** | **Vice President, Treasurer, and member of Board of Managers** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sung Gyun Kim** | **333 Clay Street Suite 700 Houston, TX 77002** | **Vice President, Secretary, and member of Board of Managers** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **New Frontier Holdings 1, LLC** | **333 Clay Street Suite 700 Houston, TX 77002** | **Class A Units** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **New Frontier Holdings 2, LLC** | **333 Clay Street Suite 700 Houston, TX 77002** | **Class C Units** | **100** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **New Frontier Holdings 3, LLC** | **333 Clay Street Suite 700 Houston, TX 77002** | **Class A Units** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **New Frontier Holdings 4, LLC** | **333 Clay Street Suite 700 Houston, TX 77002** | **Class B Units** | **100** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sang Wan Seo** | **333 Clay Street Suite 700 Houston, TX 77002** | **Member of Board of Managers** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kwang-Cheol Byun** | **333 Clay Street Suite 700 Houston, TX 77002** | **Member of Board of Managers** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Robert Ogle** | **1221 McKinney Street Suite 2850 Houston, TX 77010** | **Chief Restructuring Officer and member of Board of Managers** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Kang-Hyun Koo** | **333 Clay Street Suite 700 Houston, TX 77002** | | **June 24, 2014 - 10/30/2015** |

Debtor  **Atinum Midcon I, LLC**                              Case number *(if known)*  **16-33645**

---

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐  No

■  Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **Atinum Energy Investments, LLC**<br>**333 Clay Street**<br>**Suite 700**<br>**Houston, TX 77002** | **$647,500** | **2/20/2016** | **Payment made for management services provided under Management Services Contract.** |
| | Relationship to debtor<br>**Affiliate** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■  No

☐  Yes. Identify below.

**Name of the parent corporation**                              **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■  No

☐  Yes. Identify below.

**Name of the parent corporation**                              **Employer Identification number of the parent corporation**

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____8/5/16_____

_____        **Young Sup Lee**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Vice President and Treasurer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---