IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| ATINUM MIDCON I, LLC, | § § | Case No. 16-33645 (MI) |
| Debtor. | § § | |

**NOTICE OF FILING OF REVISED PROPOSED FINAL ORDER (I) APPROVING BIDDING PROCEDURES AND NOTICE PROCEDURES RELATED TO THE SALE OF ASSETS, (II) ESTABLISHING PROCEDURES FOR DETERMINING CURE AMOUNTS FOR EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND APPROVING NOTICE RELATING TO ASSUMPTION AND REJECTION OF SUCH CONTRACTS AND LEASES, AND (III) SCHEDULING A HEARING ON APPROVAL OF THE PROPOSED SALE OF ASSETS**
[This Notice Relates to Docket No. 4]

Please take notice that on July 22, 2016, the above-captioned debtor and debtor-in-possession (the "Debtor") filed the *Debtor's Motion Pursuant to 11 U.S.C. §§ 105, 363, and 365 Bankruptcy Rules 2002, 6004, and 6006 to Authorize and Approve the (I) Bidding Procedures, (II) Procedures for Determining Cure Amounts for Executory Contracts and Unexpired Leases, (III) Notices Relating to the Sale of the Debtor's Assets and the Assumption and Assignment of Executory Contracts, (IV) Approval of the Proposed Sale of Assets and Scheduling of a Hearing on Approval of the Proposed Sale of Assets, and (V) Granting Related Relief* [Docket No. 4] (the "Motion") with the United States Bankruptcy Court for the Southern District of Texas (the "Court").

Please take further notice that, on August 16, the Debtor filed a revised form of the proposed *Final Order (I) Approving Bidding Procedures and Notice Procedures Related to the Sale of Assets, (II) Establishing Procedures for Determining Cure Amounts for Executory Contracts and Unexpired Leases and Approving Notice Relating to Assumption and Rejection of*

HOU:3712745.1

*Such Contracts and Leases, and (III) Scheduling a Hearing on Approval of the Proposed Sale of Assets* [Docket No. 44] (the "August 16 Proposed Order and Bidding Procedures").

Please take further notice that the Debtor hereby files a revised form of the proposed *Final Order (I) Approving Bidding Procedures and Notice Procedures Related to the Sale of Assets, (II) Establishing Procedures for Determining Cure Amounts for Executory Contracts and Unexpired Leases and Approving Notice Relating to Assumption and Rejection of Such Contracts and Leases, and (III) Scheduling a Hearing on Approval of the Proposed Sale of Assets* (the "Revised Proposed Order and Bidding Procedures"), attached hereto as **Exhibit A**.

Please take further notice that attached hereto as **Exhibit B** is a comparison of the Revised Proposed Order and Bidding Procedures against the August 16 Proposed Order and Bidding Procedures. This comparison reflects revisions made following the August 17, 2016 hearing on the Motion and subsequent discussions and negotiations with Wells Fargo Bank, N.A., as administrative agent to the first lien lenders, and SandRidge Exploration and Production, LLC, the operator of a majority of the wells in which the Debtor has an interest.

[*Remainder of Page Left Blank Intentionally*]

Dated: August 18, 2016

Respectfully submitted,

ANDREWS KURTH LLP

By: /s/ Timothy A. ("Tad") Davidson II
Timothy A. ("Tad") Davidson II
Texas Bar No. 24012503
David A. Zdunkewicz
Texas Bar No. 22253400
Joseph W. Buoni
Texas Bar No. 24072009
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200
Facsimile: (713) 220-4285
taddavidson@andrewskurth.com
dzdunkewicz@andrewskurth.com
josephbuoni@andrewskurth.com

*Counsel for the Debtor and Debtor in Possession*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 18, 2016, a true and correct copy of the foregoing document was served via the Court's CM/ECF notification system on the parties registered to receive electronic notices in these cases.

By: /s/ Timothy A. ("Tad") Davidson II
Timothy A. ("Tad") Davidson II

3

HOU:3712745.1